Anthony M. Barnes (Bar No. 199048)
Email: amb@atalawgroup.com
Kenya S. Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PALLET EXCHANGE, INC., a California corporation,<br><br>Defendant. | Case No.: 2:24-cv-00522-TLN-CKD<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

WHEREAS, on February 22, 2024, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("Plaintiff") and Defendant PACIFIC PALLET EXCHANGE, INC. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on February 26, 2024, Plaintiff filed a Notice of Tentative Settlement informing the Court that the Parties were in the process of finalizing a proposed Consent Decree and had reached agreement on the substantive terms thereof and further informing the court that, once finalized, the Proposed Consent Decree would be submitted to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations (ECF #14); and

WHEREAS, on February 26, 2024, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the proposed Consent Decree and would notify the Court of any objections to the proposed Consent Decree, (ECF #4); and

WHEREAS, on April 8, 2024, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

WHEREAS, on April 8, 2024, Plaintiff submitted a [Proposed] Consent Decree to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit 1," and enter the Consent Decree as judgment.

DATED: April 8, 2024

        */s/ Anthony M. Barnes*
Anthony M. Barnes
Kenya S. Rothstein
Aqua Terra Aeris Law Group
Attorneys for Plaintiff
California Sportfishing Protection Alliance